IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **MEGAN NICOLE MATHENY,** | 3:10-CV-1574-BR |
| Plaintiff, | **JUDGMENT** |
| v. | |
| **CLACKAMAS COUNTY, a political subdivision of the State of Oregon; CRAIG ROBERTS, Sheriff; and DAVID M. KIRBY, Undersheriff,** | |
| Defendants. | |

Based on the Court's Opinion and Order (#50) issued January 19, 2012, the Court **DISMISSES** this matter **with prejudice.**

IT IS SO ORDERED.

DATED this 19th day of January, 2012.

/s/ Anna J. Brown

ANNA J. BROWN
United States District Judge

1 - JUDGMENT